**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION**

| | |
|---|---|
| **ERNESTO J. KIMBLE,** ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **ERIC H. HOLDER, JR.,** ) <br> US Attorney General, Department ) <br> of Justice ) <br> **Defendants.** ) | **JUDGMENT** <br><br> No. 5:12-CV-153-H |

**Decision by Court.**
This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration.

**IT IS ORDERED, ADJUDGED AND DECREED** plaintiff's complaint is hereby DISMISSED WITHOUT PREJUDICE for failure to effect service within the time prescribed by Rule 4 (m) and this case is closed.

<u>This Judgment Filed and Entered on May 31, 2013, with service on</u>:

Ernesto J. Kimble, Pro Se

333 Siena Drive

Wake Forrest, NC 27587


Shailika K. Shah, Assistant US Attorney     (via CM/ECF Notice of Electronic Filing)


May 31, 2013                                JULIE A. RICHARDS, CLERK

<u>/s/ Lisa W. Lee</u>
(By): Lisa W. Lee, Deputy Clerk